FILED
 2006 Oct-30 PM 04:15
U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **WENDELL L. HOUSTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No.  CV 06-S-231-NE |
| | ) |
| **GENERAL ELECTRIC CO.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

The parties having notified the court that all claims embraced herein have been resolved, it is ORDERED that all claims be DISMISSED with prejudice, but providing that if plaintiff does not receive the full proceeds of the settlement within a reasonable period of time, not to exceed 45 days from this date, she may petition the court to reinstate this action, and such reinstatement shall relate back to the original date of filing.  The clerk is directed to close this file.  Costs are taxed as paid.

DONE this 30th day of October, 2006.

_____
United States District Judge